IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD L. BLANKENSHIP, :
:
    Plaintiff, : Case No. 2:14-CV-1227
:
v. : JUDGE ALGENON L. MARBLEY
:
COMMISSIONER OF SOCIAL SECURITY, : Magistrate Judge Kemp
:
    Defendant. :

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 8). On February 6, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that this case be dismissed without prejudice. Service in this case has never been made, and the Plaintiff has not asked for an extension of time or shown good cause why such an extension should be granted. The parties were specifically advised of their right to object to this Report and Recommendation, and of the consequences of their failure to do so. No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on February 20, 2015, this Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Accordingly, this action is **DISMISSED without prejudice**. The Clerk shall enter final judgment.

    **IT IS SO ORDERED.**

                                                                 s/ Algenon L. Marbley
                                                 **ALGENON L. MARBLEY**
                                                 **UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2015**